■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED ACOFF, Appellant. (Appeal No. 2.) [735 NYS2d 462] —Judgment unanimously affirmed. Same Memorandum as in *People v Acoff* (289 AD2d 1085 [decided herewith]). (Appeal from Judgment of Yates County Court, Falvey, J.—Bail Jumping, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Burns and Gorski, JJ.